**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**                                                                    Case No. 3:26-cr-58-JEP-SJH

**JUSTIN BURNS**                                         Defense Atty.: John Rockwell, Esq.
                                                                        AUSA: Kelli Swaney, Esq.

| JUDGE | Samuel J. Horovitz U. S. Magistrate Judge | DATE AND TIME | 4/10/2026 1:07 p.m. – 1:31 p.m. |
|-------|------------------------------------------|---------------|---------------------------------|
| DEPUTY CLERK | Barbara Rothermel | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | Benjamin Felder |

CLERK'S MINUTES

**PROCEEDINGS:**            **INITIAL APPEARANCE/ARRAIGNMENT**

Defendant arrested on an Indictment out of Jacksonville, Florida.

Defendant requested court appointed counsel. Defendant placed under oath and questioned regarding his financial affidavit. The Court finds Defendant unable to afford counsel and appoints John Rockwell, Esquire. **Order to enter.**

Defendant advised of rights and charges.

Defendant enters a plea of not guilty to Counts One through Three of the Indictment.

Government to provide discovery by the end of the day on: **April 14, 2026**

Discovery motions to be filed by: **May 5, 2026**

Dispositive/Suppression motions to be filed by: **May 5, 2026**

Witness List/Jencks Act Material: **5 calendar days prior to trial**

Status: **May 20, 2026, at 3:00 p.m. before the Honorable Jordan E. Pratt.**

Trial: **June 1, 2026, at 9:00 a.m. before the Honorable Jordan E. Pratt.**

**Standing Order to enter.**

Government's oral motion for bond is **GRANTED**.

**Order Setting Conditions of Release to enter.**

As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the Defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny.   Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

**FILED IN OPEN COURT:**
    **CJA 23 Financial Affidavit**
    **Notice of Acceptance of General Discovery**